

NONSTOP ADVOCATES

Daniel D. Sparks
Direct Dial: (205) 250-6670
E-Mail Address: DDSparks@csattorneys.com

May 3, 2018

<u>Via e-mail and U.S. Mail</u>
Hon. Clifton R. Jessup
United States Bankruptcy Judge
P O Box 1645
Decatur, AL 35602

RE: United States Bankruptcy Court
Northern District of Alabama, Northern Division
Martha Boozer v. Sun Loan Company Alabama, Inc.
AP No. 17-80045-CRJ

Dear Judge Jessup:

In accordance with your Order dated May 2, 2018 [Docket #128] in the above matter, be advised that I have searched my firm's records for conflicts of interest which would prohibit me from serving as mediator in this matter. I find that no such conflicts of interest exist.

Further, I accept the appointment as mediator, and intend to complete the mediation within 60 days from the date of your Order.

Sincerely,

Daniel D. Sparks

DDS/jgg

cc (via e-mail):
Kevin Heard
John Larsen
Thomas Humphries
Steven Porterfield