UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARTHA BOOZER** | ) | |
| | ) | **Case No. 15-83027-CRJ-13** |
|    **Debtor** | ) | |

_____

| | | |
|---|---|---|
| | ) | |
| | ) | |
| **MARTHA BOOZER** | ) | |
| | ) | |
|    **Plaintiff** | ) | |
| **v.** | ) | **A.P. No. 17-80045-CRJ** |
| | ) | **(and others)** |
| **SUN LOAN COMPANY** | ) | |
| **ALABAMA, INC.** | ) | |
| | ) | |
|    **Defendant** | ) | |

## STATUS REPORT OF MEDIATOR

COMES NOW the undersigned, Daniel D. Sparks, in his capacity as Mediator, and submits this Status Report as follows:

1. Representatives of the parties attended mediation on May 24, 2018. Mediation was successful, and a Mediation Settlement Agreement Term Sheet ("Term Sheet") was executed by the parties and/or their counsel at the conclusion of the mediation session.

2. The Term Sheet memorializes the terms for a complete resolution of all known issues between the parties as to each of the thirty (30) cases identified on Exhibit A hereto.

3. The Term Sheet contemplates, and is subject to, a more comprehensive settlement and compromise agreement, and the filing/granting of certain motion(s) to approve and effectuate such settlement(s) and compromise(s), with such motion(s) to be prepared by the parties and filed with this court shortly.

[020713-00001/1279581/1]

Respectfully submitted,

                                                           /s/ Daniel D. Sparks
                                                          Daniel D. Sparks
                                                          As Mediator

Christian & Small LLP
1800 Financial Center
505 N. 20th Street
Birmingham, AL 35203
(205) 795-6588

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon the parties listed below, via the means indicated for each, on this the 25th day of May, 2018.

<u>Via U S Mail</u>:

Barry Ragsdale
Thomas Humphries
Sirote & Permutt
2311 Highland Ave. South
Suite 500
Birmingham, AL 35205

Kevin Heard
Heard, Ary & Dauro LLC
303 Williams Ave. SW
Suite 921 Park Plaza
Huntsville, AL 35801

John Larsen
1733 Winchester Road NE
Huntsville, AL 35811

                                                          /s/ Daniel D. Sparks
                                                          Daniel D. Sparks

[020713-00001/1279581/1]

Case 17-80045-CRJ    Doc 138    Filed 05/25/18    Entered 05/25/18 13:08:56    Desc Main
                        Document       Page 2 of 4

# EXHIBIT A

Exh A

|  | Debtor | Lead Case | AP No. | §524 Mot. | Consolidate | Intervene | Letter | Post Card | Calls | Medical |
|---|---|---|---|---|---|---|---|---|---|---|
| Chapter 7 | Carolyn Henry | 14-83304 |  | X |  | X |  |  |  |  |
|  | Peggy Jenkins | 15-82941 |  | X |  | X |  |  |  | X |
|  | Larry Rice | 15-82158 |  | X |  | X |  |  | X | X |
|  | Michael Snodgrass | 15-83101 |  | X |  |  |  |  |  |  |
|  | Maggie Burgess | 17-81950 | 17-80074 |  | X |  | X | X |  | X |
|  | Elizabeth Walker | 15-82185 | 17-80046 |  | X |  | X |  |  | X |
|  | Donna Williams | 15-81502 | 17-80073 |  | X |  | Admit | Admit | X | X |
| Chapter 13 | Martha Boozer | 15-83027 | 17-80045 |  | X |  | X |  | X? | X |
|  | Julie Brown | 16-81449 | 17-80066 |  | X |  | Admit |  |  |  |
|  | Joyce Chatman | 17-81693 | 17-80072 |  | X |  |  | X | X | X |
|  | Freddie Dempsey | 16-82216 | 17-80069 |  | X |  | Admit |  |  | X |
|  | Sandra Dempsey | 16-82216 | 17-80070 |  | X |  | Admit |  |  | X |
|  | Carl Eakes | 14-80383 | 17-80071 |  | X |  | Admit |  |  |  |
|  | Michael Hambrick | 16-80121 | 17-80061 |  | X |  | Admit | Admit |  | X |
|  | Glen King | 14-81787 | 17-80057 |  | X |  |  |  |  | X |
|  | Columbus McGlathery | 17-80044 | 17-80068 |  | X |  |  |  |  | X |
|  | Tawanna Millsaps | 16-83002 | 17-80047 |  | X |  | X |  |  |  |
|  | Shawn Stapler | 15-82895 | 17-80056 |  | X |  |  |  | X | X |
|  | Columbus Wesley, Jr. | 15-82879 | 17-80049 |  | X |  | X |  | X | X |
|  | Lois Wesley | 15-82879 | 17-80048 |  | X |  | X |  | X | X |
|  | Eric Williams | 16-82687 | 17-80067 |  | X |  | Admit |  | X | X |
|  | Timothy Carroll | 16-83246 | 17-80094 |  |  |  |  |  |  |  |
|  | Lisa Coleman | 17-83276 | 17-80093 |  |  |  |  |  |  |  |
|  | David Crynes | 15-82767 | 17-80096 |  |  |  |  |  |  |  |
|  | Kayla Crynes | 15-82767 | 17-80097 |  |  |  |  |  |  |  |
|  | Teleshay Hall | 14-81247 | 17-80098 |  |  |  |  |  |  |  |
|  | Thomas Lawson | 14-82008 | 17-80100 |  |  |  |  |  |  | X |
|  | Diana Russell | 16-82014 | 17-80095 |  |  |  |  |  |  |  |
|  | Theresa Sylvestre | 16-82663 | 17-80099 |  |  |  |  |  |  |  |

Dexter Williams  17 - 82786